LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
KHALDOUN A. BAGHDADI (State Bar #190111)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA; GABRIELLE POCCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE CHIEF RICHARD MELTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; and DOES 1 through 25,<br><br>Defendants. | Case No. c-12-0440-YGR<br><br>Revised<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND DATE FOR FILING CMC STATEMENT AND CMC** |

TO THE HONORABLE COURT:

The parties are cooperating in good faith in meeting and conferring on the issues raised in the motion to dismiss and additional time is necessary to allow this process to be completed. The parties have informally exchanged a significant volume of documents that also have to be reviewed and analyzed in the context of the motion to dismiss.

The parties, by and through their attorneys of record, hereby stipulate and respectfully request that the hearing on Defendants' Motion to Dismiss, currently set for May 1, 2012, be

1 continued to May 15, 2012.

2 Plaintiffs' opposition will be filed on or before May 1, 2012, and Defendants' reply will be
3 filed on or before May 8, 2012.

4 In addition, to permit time to complete the briefing and hearing on the motion, the parties
5 respectfully request that the Case Management Conference, currently set for April 30, 2012, be
6 continued to June 18, 2012.

7 The parties will file a joint Case Management Conference Statement on or before June 4,
8 2012.

10 Dated:  April 13, 2012                                         WALKUP, MELODIA, KELLY & SCHOENBERGER

13                                                                                  /s/ Khaldoun A. Baghdadi
                                                                                     KHALDOUN A. BAGHDADI
                                                                                     Attorneys for Plaintiffs

16 Dated:  April 13, 2012                                         FOX BERTRAND & ELLIOT

18                                                                                  /s/ Gregory Fox
                                                                                     GREGORY FOX
19                                                                                   Attorneys for Defendants

21                                                         ATTORNEY ATTESTATION

22 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
23 "conformed" signature (/s/) within this E-filed document.

25 Dated:  April 13, 2012                                         /s/ Khaldoun A. Baghdadi
                                                                                     KHALDOUN A. BAGHDADI

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

[PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1. The hearing on Defendants' Motion to Dismiss, currently set for May 1, 2012, be continued to May 15, 2012. Plaintiffs' opposition ~~will~~ shall be filed on or before May 1, 2012, and Defendants' reply ~~would~~ shall be filed on or before May 8, 2012.

2. The Case Management Conference, currently set for April 30, 2012, is hereby continued to June ~~18~~ 25, 2012. The parties will file a joint Case Management Conference Statement on or before June ~~4~~ 11, 2012.

IT IS SO ORDERED.

DATED: __April 16, 2012__    _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND DATE FOR FILING CMC STATEMENT AND CMC – Case No. c-12-0440-YGR