UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA; GABRIELLE POCCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE CHIEF RICHARD MELTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; and DOES 1 through 25,<br><br>Defendants. | Case No. cv-12-0440-YGR<br>AMENDED<br>**ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 10, 2012** |

Having reviewed and considered the stipulation of the parties, the Court hereby orders as follows:

1. Plaintiffs shall file a Second Amended Complaint on or before July 17, 2012.

2. Defendants shall file a response on or before July 31, 2012.

3. The Case Management Conference, currently set for August 20, 2012, shall be CONTINUED to September 10, 2012 at 2:00 p.m.

4. As the parties filed an initial joint statement back on June 11, 2012, an updated Joint Case Management Conference Statement shall be filed by the parties 14 days before the new Case Management Conference on September 10, 2012.

IT IS SO ORDERED.

DATED: July 17, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE