UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER, GABRIELLE POCCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NAPA, OFFICER BRAD BAKER, OFFICER NICK DALESSI,<br><br>Defendants. | Case No.:12-cv-440 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE** |

The Case Management Conference currently set for February 25, 2013, is **CONTINUED** to **Monday, March 25, 2013,** at 2:00 p.m.

Previously, the mediation deadline in this matter was continued from January 31, 2013, to February 28, 2013, upon the stipulation of the parties. (Dkt. No. 55.) The parties now seek a further continuance of the mediation deadline to May 31, 2013, in part because a schedule for key depositions has not been set.

The Court **GRANTS** an extension of the mediation deadline to **March 28, 2013, only**. The parties shall meet and confer in good faith to schedule the necessary depositions as expeditiously as possible and confirm that they are scheduled in their next case management statement. The Court will entertain any further request for an extension of the mediation date at that time, if necessary.

**IT IS SO ORDERED**.

Date: February 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**