UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER, GABRIELLE POCCIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF NAPA, OFFICER BRAD BAKER, OFFICER NICK DALESSI,<br><br>    Defendants. | Case No.:12-cv-440 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE** |

The Case Management Conference currently set for March 25, 2013, is **CONTINUED** to **Monday, June 10, 2013,** at 2:00 p.m.

The Court **GRANTS** the parties' joint request for an extension of the mediation deadline to **May 30, 2013**.

**IT IS SO ORDERED**.

Date: March 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**