Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:- (415) 353-0999
Facsimile: (415) 353-0990

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
BRAD BAKER, NICK DALESSI and AMY HUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER AND GABRIELLE POCCIA, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; NAPA POLICE SERGEANT AMY HUNTER,<br><br>Defendants. | Case No. CV12-0440 WHO<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN DEFENDANTS AND CERTAIN CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, as follows:

Plaintiffs, acting by and through their counsel of record, dismiss with prejudice defendant City of Napa Police Officer Brad Baker in his individual capacity and his capacity as a Napa Police Officer employed by the City of Napa from the entire action as set forth more fully in the Third Amended

Complaint (TAC). The parties agree to waive their respective fees and costs relative to the prosecution and defense of defendant Brad Baker.

Plaintiffs, acting by and through their counsel of record, dismiss with prejudice the entire Fourth Claim of Relief (*Monell* Liability) in the TAC naming the defendant City of Napa and all Does 1 through 10 named therein and the Monell claims in all related paragraphs in the complaint including paragraphs, 28, 29, and 30. The parties agree to waive their respective fees and costs relative to the prosecution and defense of the City of Napa from the allegations of the Fourth Claim For Relief and paragraphs specified herein.

Plaintiffs, acting by and through their counsel of record, dismiss with prejudice the Fifth Claim for Relief in the TAC seeking direct and personal liability against the City of Napa including all references to the City in paragraphs 65, 66, 67, 68. The City of Napa remains as a defendant in the Fifth Claim for Relief as employer of defendants Dalessi and Hunter for the alleged tortious acts of its employees under the doctrine of respondeat superior as set forth in the Fifth Claim for Relief and which is set forth more fully in paragraph 71. The parties agree to waive their respective fees and costs relative to the prosecution and defense of the City of Napa from the allegations of the Fifth Claim For Relief as specified herein.

Plaintiffs acting by and through their counsel of record dismiss with prejudice the Sixth Claim for Relief in the TAC seeking direct and personal liability against the City of Napa including paragraphs 75 and 76. The City of Napa remains as a defendant in the Sixth Claim for Relief as employer of defendants Dalessi and Hunter for the alleged tortious acts of its employees under the doctrine of respondeat superior as set forth in the Sixth Claim for Relief as set forth more fully in paragraph 71 which in incorporated therein as though more fully set forth in the Sixth Claim for Relief. The parties agree to waive their respective fees and costs relative to the prosecution and defense of the City of Napa from the allegations of the Sixth Claim For Relief as specified herein.

Plaintiffs acting by and through their counsel of record dismiss with prejudice all claims for loss of economic support, past, present and future in the TAC that discuss, refer or relate to the alleged wrongful death of Richard Poccia. The parties agree to waive their respective fees and costs relative to the prosecution and defense of the City of Napa from the plaintiffs claims for damages of loss of

economic support, past, present and future in the TAC.

Plaintiffs acting by and through their counsel of record dismiss with prejudice all DOE defendants as set forth more fully in paragraph 9 and throughout the TAC.

So Stipulated.

Dated: August 6, 2013                    BERTRAND, FOX & ELLIOT

By:  /s/
   Gregory M. Fox
Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
BRAD BAKER, NICK DALESSI AND AMY HUNTER

Dated: August 6, 20136                   WALKUP, MELODIA, KELLY & SCHOENBERGER

By:  /s/
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs

**ATTORNEY ATTESTATION**

I hereby attest that I have met and conferred with plaintiffs' counsel who has approved this stipulation as for form and content and authorized me to file this pleading with his signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: August 6, 2013                    /s/
Gregory M. Fox

**ORDER**

Having considered the stipulated request of the parties, the Court orders as follows:

The Stipulation of the Parties regarding dismissal of certain defendants and claims IT IS SO ORDERED and the defendants and claims specified herein in the parties stipulation are dismissed with prejudice, each side to bear their own fees and costs as to these parties and claims.

IT IS SO ORDERED.

DATED: August 7, 2013

_____
THE HONORABLE WILLIAM ORRICK
UNITED STATES DISTRICT JUDGE