Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
BRAD BAKER and NICK DALESSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER AND GABRIELLE POCCIA, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; and DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case No. CV12-0440 WHO<br><br>**STIPULATION AND ORDER TO RESCHEDULE  CASE MANAGEMENT CONFERENCE, EXPERTS DISCLOSURE DATE AND  SET MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE.** |

　　　　IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record as follows:

　　　　Following the Case Management Conference (CMC)  on August  8, 2013 the Court scheduled a further CMC for  November 5, 2013.  Defense counsel Gregory M. Fox will be out of the country November 1 through November 8, 2013.  The parties respectfully stipulate and request that the CMC be

continued from November 5 to November 12, 2013 to accommodate Mr. Fox's travel schedule. A joint CMC statement will be filed Tuesday October 29th.

The parties also request that the date for expert disclosure be moved from Friday November 8 to Friday November 15, 2013. Rebuttal experts to be disclosed Friday, November 22, 2013.

The parties also stipulate to the following briefing schedule for the defendants Motion for Summary Judgment. Opening brief to be filed Monday September 9th. Opposition brief to be filed and hand served September 25, 2013. Reply brief to be filed October 2, 2013. Hearing on the MSJ is October 16, 2013.

The parties confirm the trial date of February 24, 2014 is convenient for all parties and expert witnesses.

So stipulated.

Dated: September 6, 2012                     BERTRAND, FOX & ELLIOT

                                             By: _____/s/_____
                                                  Gregory M. Fox
                                                  Attorneys for Defendants
                                                  CITY OF NAPA and NAPA POLICE OFFICER NICK
                                                  DALESSI and SERGEANT AMY HUNTER

Dated: September 6, 2012                     WALKUP, MELODIA, KELLY & SCHOENBERGER

                                             By: _____/s/_____
                                                  KHALDOUN A. BAGHDADI
                                                  Attorneys for Plaintiffs

**ATTORNEY ATTESTATION**

I hereby attest that plaintiff's counsel Khaldoun Baghdadi has reviewed and approved this stipulation and proposed order and has consented to the e-filing of this pleading and has authorized the undersigned to show his consent by showing his signatures as indicated by a conformed signature ("/s/") within this E-filed document.

2
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: _August 15, 2013          /s/
                                 Gregory M. Fox

**ORDER**

Having considered the stipulated request of the parties, the Court orders:

1. The Case Management Conference scheduled for November 5, 2013 is continued to November 12, 2013.  A joint Case Management Conference statement will be filed Tuesday October 29, 2013.

2. The date for expert disclosure is moved from Friday, November 8, 2013 to Friday, November 15, 2013.  Rebuttal experts shall be disclosed on Friday, November 22, 2013.

3. Defendants' Motion for Summary Judgment opening brief shall be filed on Monday, September 9, 2013.   Plaintiff's opposition brief shall be filed and hand served September 25, 2013.  Reply brief shall be filed October 2, 2013.  Hearing on the Motion for Summary Judgment is set for October 16, 2013.

IT IS SO ORDERED.

DATED: _August 16, 2013_____ /s/ W. H. Orrick _____
                                 THE HONORABLE  WILLIAM H. ORRICK
                                 UNITED STATES DISTRICT JUDGE