Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:   (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
NICK DALESSI and AMY HUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER AND GABRIELLE POCCIA, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; NAPA POLICE SERGEANT AMY HUNTER,<br><br>Defendants. | Case No. CV12-0440 WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 12, 2013 CASE MANAGEMENT CONFERENCE TO DECEMBER 3, 2013 |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, as follows:

The Court issued its Order Granting in Part and Denying in Part Defendants Motion for Summary Judgment on October 24, 2013 [Docket No. 85].  The Court informed the parties after the MSJ oral argument on October 16, 2013 that depending on the Court's final decision on the MSJ if the matter was

going to proceed to trial that the parties should meet and confer on a new trial date for a date sometime in March or April, 2014 because the Court was no longer available for jury trial on February 24, 2014.

There is a further Case Management Conference now scheduled for Tuesday November 12, 2013. The parties have been unable to meet and confer on a new trial date, expert discovery and related matters based on the Court's Order denying in and granting in part the MSJ since plaintiffs' counsel has been in New York the week of October 25, 2013 and defense counsel is out of the country the week of November 2, 2013 returning Monday November 11, 2013.

To provide the parties more time to complete the meet and confer process and consult with their clients, witnesses and experts about a new trial date, discovery and experts the parties respectfully request and stipulate for an Order moving the Case Management Conference now scheduled for Tuesday November 13, 2013 to Tuesday December 3, 2013 at 200 pm for trial setting. A Joint Case Management Conference Statement to be filed November 26, 2013.

So Stipulated.

Dated: October 31, 2013                    BERTRAND, FOX & ELLIOT


By: _____/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF NAPA and NAPA POLICE OFFICERS
    NICK DALESSI AND AMY HUNTER


Dated: October 31, 20136                   WALKUP, MELODIA, KELLY & SCHOENBERGER


By: _____/s/_____
    KHALDOUN A. BAGHDADI
    Attorneys for Plaintiffs

**ATTORNEY ATTESTATION**

I hereby attest that I have met and conferred with plaintiffs' counsel who has approved this stipulation as for form and content and authorized me to file this pleading with his signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: October 31, 2013

/s/
Gregory M. Fox

**[PROPOSED] ORDER**

Having considered the stipulated request of the parties, the Court orders as follows:

The Case Management Conference scheduled for Tuesday November 12, 2013 is moved to Tuesday December 3, 2013 at 200 pm. A joint CMC statement to be filed November 26, 2013.

IT IS SO ORDERED.

DATED: November 4, 2013

THE HONORABLE WILLIAM ORRICK
UNITED STATES DISTRICT JUDGE