Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:-    (415) 353-0999
Facsimile:     (415) 353-0990

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:    (707) 257-9516
Facsimile:    (707) 257-9274

Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
 NICK DALESSI and AMY HUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER AND GABRIELLE POCCIA, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE OF RICHARD POCCIA,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; NAPA POLICE OFFICER BRAD BAKER; NAPA POLICE OFFICER NICK DALESSI; NAPA POLICE SERGEANT AMY HUNTER,<br><br>    Defendants. | Case No. CV12-0440 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL FILING DATE TO DECEMBER 15, 2014 AND PRETRIAL CONFERENCE TO DECEMBER 19, 2014** |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, as follows:

   The parties continue the MSC with Judge Spero which process may take until December 3, 2014 before completion of the MSC. The parties therefore request that the date for filing of all pleadings, papers and other matters for the pretrial conference be continued from Monday, December 1, 2014 to

1

Monday, December 15, 2014. The parties further request the Pre-Trial Conference presently scheduled for Monday, December 15, 2014 be continued to Friday, December 19, 2014 to commence at 9:00 am.

SO STIPULATED.

Dated: November 17, 2014          BERTRAND, FOX & ELLIOT

By:   /s/
Gregory M. Fox
Attorneys for Defendants
CITY OF NAPA and NAPA POLICE OFFICERS
NICK DALESSI AND AMY HUNTER

Dated: November 17, 2014          WALKUP, MELODIA, KELLY & SCHOENBERGER

By:   /s/
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs

**ATTORNEY ATTESTATION**

I hereby attest that I have met and conferred with plaintiffs' counsel who has approved this stipulation as for form and content and authorized me to file this pleading with his signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: November 17, 2014          /s/
Gregory M. Fox

**ORDER**

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The filing date for all required Pre-Trial Conference pleadings and related documents and papers is continued to Monday, December 15, 2014.  The Pre-Trial Conference is continued to Friday, December 19, 2014 at 9:00 am.

IT IS SO ORDERED.

DATED: _November 17, 2014_____

THE HONORABLE WILLIAM ORRICK III
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER MOVING PRETRIAL DATE
*Dorger, et al. v. City of Napa, et al.*, USDC, Northern Dist. Case No. 3:12-cv-00440 WHO