LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
ANDREW P. MCDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANDA DORGER, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE of RICHARD POCCIA; GABRIELLE POCCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPA; OFFICER NICK DALESSI; AMY HUNTER and DOES 1 through 25,<br><br>Defendants. | Case No. 12-cv-0440-WHO<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

---

STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE - CASE NO. 12-CV-0440-WHO

The parties having reached a complete settlement of the matter now herein stipulate and request an Order of Dismissal of all defendants and the entire action with prejudice and each side to bear their own fees and costs.

Dated:  January 27, 2015           WALKUP, MELODIA, KELLY & SCHOENBERGER

*/s/ Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs

Dated: January 27, 2015            BERTRAND, FOX & ELLIOT

*/s/ Gregory M. Fox*
GREGORY M. FOX
Attorneys for Defendants

**ORDER**

Having considered the stipulated request of the parties, the Court orders that this action be dismissed, with prejudice, with each party to bear their own costs and fees.

Dated:  January 29, 2015

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE - CASE NO. 12-CV-0440-WHO